AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

INTERNATIONAL ASSOCIATION OF
MACHINISTS AND AEROSPACE WORKERS,
LOCAL LODGE 1632

V.

PEMCO WORLD SERVICES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05cv556 - F

TO: (Name and address of Defendant)

Pemco World Services, Inc.
Registered Agent: Doris K. Sewell
1943 50th Street North
Birmingham, AL 35212

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick K. Nakamura, Esq.
Nakamura, Quinn & Walls LLP
Lakeshore Park Plaza, Suite 130
2204 Lakeshore Drive
Birmingham, AL 35209-6701

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                           6/14/05
CLERK                                        DATE

(By) DEPUTY CLERK