**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 14, 2005

# NOTICE OF CORRECTION

**To:**  Counsel of Record

**From:**  Clerk's Office

**Case Style**  International Assoc. Of Machinists & Aerospace Workers vs. Pemco World Air Services

**Case Number**  1:05cv556

**Referenced Pleading:**  Complaint
Document #1

**This Notice of Correction filed in the above referenced case to attach exhibit A previously omitted.**