**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pemco World Services, Inc.
Registered Agent: Doris K. Sewell
1943 50th Street North
Birmingham, AL 35212

5 & C   05 556

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X R J Smith
☑ Agent
☐ Addressee

B. Received by (Printed Name)
R. J. Smith

C. Date of Delivery
6-15-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7004 1160 0004 9762 9855

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540