IN THE UNITED STATES COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL LODGE 1632, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:05CV556-F |
| vs. | ) ) ) | |
| PEMCO WORLD AIR SERVICES, INC, | ) ) | |
| Defendant. | ) | |

## ANSWER

COMES NOW the Defendant, Pemco World Air Services, Inc., ("Defendant" or "Pemco"), and answers the consecutively numbered paragraphs of Plaintiff's Complaint as follows:

1. Defendant admits that this Court has jurisdiction of the statutory claim made in this action and that venue is proper. However, Defendant denies that this claim is properly brought under 29 U.S.C. § 185(a) and states that any current dispute between Plaintiff and Defendant is subject to the binding grievance and arbitration procedure under the applicable Collective Bargaining Agreement.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted in part and denied in part. The Arbitrator's Opinion and Award speaks for itself.

12. Admitted.

13. Denied.

14. Defendant hereby incorporates by reference its answers and responses to Paragraphs 1-13 of Plaintiff's Complaint.

15. Denied.

16. Denied.

17. As to the "WHEREFORE" of Plaintiff's Complaint, Defendant denies that Plaintiff is entitled to any of the relief requested or any other relief.

## AFFIRMATIVE AND/OR ADDITIONAL DEFENSES

18. The issues and matters made the basis of Plaintiff's Complaint are subject to final and binding resolution under the grievance and arbitration provisions of the applicable Collective Bargaining Agreement.

19. Plaintiff has failed to exhaust its contractual grievance and arbitration remedies with regard to the current dispute made the basis of Plaintiff's Complaint.

20. Defendant has not failed to comply with the Arbitrator's Opinion and Award.

21. Defendant's current utilization of outside contractor employees to supplement its current work force was not the subject matter of Arbitrator Bain's Opinion and Award and does not violate that opinion and award.

22. At the time of filing this Answer, Defendant has neither commenced nor completed discovery in this cause and reserves the right to amend this Answer at a later date and consistent with any deadlines set by the Court.

s/ Stephen E. Brown
_____
Stephen E. Brown

                                          s/ Jeffrey A. Lee
                                          _____
                                          Jeffrey A. Lee
                                          Attorneys for Defendant Pemco
                                          World Air Services, Inc.

OF COUNSEL:

Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2618
205.254.1000
FAX 205.254-1999

## CERTIFICATE OF SERVICE

      This is to certify that I have this 5th day of July 2005 served the foregoing by U. S. Mail with appropriate postage attached to:

Patrick K. Nakamura, Esq.
Nakamura, Quinn & Walls
Lakeshore Plaza, Suite 130
2204 Lakeshore Drive
Birmingham, Alabama 35209-6701

                                          s/ Stephen E. Brown
                                          _____
                                            OF COUNSEL