IN THE UNITED STATES COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF )<br>MACHINISTS AND AEROSPACE )<br>WORKERS, LOCAL LODGE 1632 )<br>  )<br>   Plaintiff, )<br>  )<br>v. )<br>  )<br>PEMCO WORLD AIR SERVICES, INC., )<br>  )<br>  )<br>   Defendant. | Civil Action No. 1:05CV556-F |

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Rule 26(f), Fed. R. Civ. P., and the Order of this Court dated July 6, 2005, the parties by and through their counsel, conferred to consider and to discuss the items required by Rule 26(f). The report of the parties' conference is set forth below in accordance with Form 35 of the Appendix to the Federal Rules:

**I.   Appearances for Conference**:

   A)   For the Plaintiffs:

   Patrick K. Nakamura, Esq.
   NAKAMURA, QUINN & WALLS, LLP
   Lakeshore Park Place, Suite 130
   2204 Lakeshore Drive
   Birmingham, AL 35209

   B)   For the Defendant:

   Stephen E. Brown, Esq.
   MAYNARD, COOPER & GALE, P.C.
   1901 Sixth Avenue North
   2400 AmSouth/Harbert Plaza
   Birmingham, AL 35203-2618

**II.     Pre-Discovery Disclosures**.

The parties will exchange by August 30, 2005, the information and documents required by Rule 26(a)(1)(A)-(E), Fed. R. Civ. P.

**III.    Discovery Plan**.

The parties propose to the Court the following discovery plan

A) Discovery will be need on th following subjects: the Plaintiff's claims that Defendant has not complied with the Arbitrator's Award and the Defendant's defenses

B) Discovery Completion Date:

All discovery shall be commenced in time to be completed on or before: April 28, 2006.

C) Discovery Limits:

All discovery shall be limited as follows:

(1) Interrogatories, Request for Admissions and Document Requests.

(a) Interrogatories: Not more than 40 by each party upon any other party.

(b) Request for Admissions: Not more than 40 by each party upon any other party.

(c) Document Requests: Not more than 50 by each party upon any other party.

    (2)    Depositions (Excluding Experts):

A maximum of 10 depositions each. Each deposition limited to eight (8) hours unless extended by agreement.

    (3)    Disclosures of Experts: Unless modified by stipulation of the parties, the disclosure of expert witnesses, including the report required by Rule 26(a)(2)(B), Fed R. Civ. P., from any specially retained or employed expert, are due:

(a) From the Plaintiffs: January 30, 2006

(B) From the Defendants: February 28, 2006.

D)    Supplementation.

Supplementation of disclosures and discovery responses as required by Rule 26(e), Fed R. Civ. P., is to be accomplished "at appropriate intervals", and "seasonably," but not later than thirty (30) days before the applicable discovery completion date.

**IV. Other Items**.

A)    No Pre-Scheduling Order Conference.

The parties do not request a conference with the Court prior to the entry of the Scheduling Order.

B)   Pretrial Conference.

The parties request a pretrial conference on or around August 28, 2006..

C)   Additional Parties.

(1)   The Plaintiff should be allowed until October 30, 2005, to join additional parties and October 30, 2005, to amend their pleadings.

(2)   The Defendant should be allowed until November 30, 2005, to join additional parties and until November 30, 2005, to amend their pleadings.

D)   Dispositive Motions.

All potentially dispositive motions shall be filed by May 31, 2006.

E)   Settlement. Settlement cannot be evaluated at this time.

F)   Final Witness and Exhibit Lists. Final list of witnesses and final exhibits under Rule(a)(3), Fed R. Civ. P., are due as follows:

(1)   From Plaintiff by August 7, 2006.

(2)   From the Defendant by August 21, 2006.

The parties should each have seven (7) days after service of the foregoing witness and exhibit lists to file objections under Rule 26(a)(3).

G)   Ready for Trial.

The case should be ready for trial by October 2 2006 in Dothan, Alabama.  At this time, trial is expected to take approximately three (3) days.

H) Definition of "Completion".

For all discovery completion dates, "completed" means (a) that all interrogatories, requests for admissions, document requests, and Rule 45 subpoenas have been served and the time to respond as provided by the applicable rule has expired, and (b) that all depositions, including the depositions of experts, have been taken, or, at least, the depositions have been noticed by service upon counsel at a time when there is at least thirty (30) days remaining in the applicable discovery period.

Respectfully submitted,

s/ Patrick K. Nakamura
Patrick K. Nakamura, Esq.
Alabama Bar No. ASB-1814-A64P

**NAKAMURA, QUINN & WALLS LLP**
Lakeshore Park Plaza, Suite 130
2204 Lakeshore Drive
Birmingham, Alabama 35209-6701
Telephone: 205-870-9989
Facsimile:  205-803-4143
E-Mail: nakamura@nqwlaw.com

s/ Stephen E. Brown
Stephen E. Brown, Esq.

**MAYNARD, COOPER & GALE PC**
2400 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL  35203-2602
Telephone: 254-1000
Facsimile:  254-1999

Date: July 21, 2005