IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL LODGE 1632 | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:05-CV-556-F |
| v. | ) ) | |
| PEMCO WORLD AIR SERVICE, INC., *et al.*, | ) ) ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties, by and through their respective counsel, and stipulate to the dismissal of this action without prejudice, each party to bear its own costs. The parties request that the Court enter an Order of Dismissal consistent with this stipulation.


/s/ Patrick K. Nakamura
Patrick K. Nakamura
Attorney for Plaintiff
ASB-1814-a64p
NAKAMURA, QUINN & WALLS, LLP
Lakeshore Park Plaza, Suite 130
2204 Lakeshore Drive
Birmingham, Alabama 35209
(205) 870-9989
(205) 803-4143 (facsimile)

/s/ Stephen E. Brown
Stephen E. Brown
Attorney for Defendant
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama 35203
(205) 254-1000
(205) 254-1999 (facsimile)