IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF ) <br> MACHINISTS AND AEROSPACE ) <br> WORKERS, LOCAL LODGE 1632, ) <br> ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> PEMCO WORLD AIR SERVICES, INC., ) <br> ) <br>     Defendant. ) | CASE NO. 1:05-cv-556-MEF |

## **FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal (Doc. #9) filed by the parties on January 5, 2006, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 10th day of January, 2006.

                                                                         /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE