IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF )<br>MACHINISTS AND AEROSPACE )<br>WORKERS, LOCAL LODGE 1632 )<br>                                         )<br>      Plaintiff,                 )<br>                                         )<br>v.                                         )<br>                                         )<br>PEMCO WORLD AIR SERVICE, INC., )<br>*et al.*,                           )<br>                                         )<br>     Defendant.               ) | Case No. 1:05-CV-556-F |

## MOTION FOR RELIEF FROM JUDGMENT OR ORDER

Comes now the Plaintiff and pursuant to Fed. R. Civ. P. 60(b) moves the Court for an order relieving it from a judgment entered herein dismissing this case with prejudice. In support of this motion, Plaintiff would state as follows:

1) This was an action by Plaintiff to enforce an arbitration award rendered under a collective bargaining agreement between the parties.

2) The parties filed a stipulation of dismissal on January 5, 2006, reflecting an agreement that the dismissal would be without prejudice, and requesting the court to issue an order of dismissal consistent with the stipulation.

3) On January 10, 2006, this court issued an Order entitled "Final Judgment" which stated that "Pursuant to the Joint Stipulation of Dismissal filed by the parties on January 5, 2006, " the case was being dismissed "*with prejudice*."

4) Plaintiff would respectfully assert that the Court's January 10, 2006 was a mistake and would request relief from said order and that a new order be issued reflecting

the stipulation of the parties that the dismissal of the action be without prejudice.

WHEREFORE Plaintiff requests relief from the January 10, 2006 Final Judgment and that a new order be issued reflecting the stipulation of the parties that the dismissal of the action be without prejudice

Respectfully submitted,

 s/ Patrick K. Nakamura
Patrick K. Nakamura, Esq.
Alabama Bar No. ASB-1814-A64P

**NAKAMURA, QUINN & WALLS LLP**
Lakeshore Park Plaza, Suite 130
2204 Lakeshore Drive
Birmingham, Alabama 35209-6701
Telephone: 205-870-9989
Facsimile:  205-803-4143
E-Mail: nakamura@nqwlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing on counsel for Defendant on this the 20th day of October, 2006 by e-mail and by first class mail, postage prepaid at the following address:

Stephen E. Brown, Esq.
**MAYNARD, COOPER & GALE PC**
2400 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL  35203-2602

                                              _s/ Patrick K. Nakamura_
                                              Patrick K. Nakamura