IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL LODGE 1632, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:06-cv-556-MEF |
| PEMCO WORLD AIR SERVICES, INC., | )<br>)<br>) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Relief from Judgment or Order (Doc. #11) filed on October 20, 2006, it is hereby

ORDERED that the motion is GRANTED. The Final Judgment (Doc. #10) entered by the court on January 10, 2006 is VACATED.

DONE this 27th day of October, 2006.

            /s/ Mark E. Fuller
            CHIEF UNITED STATES DISTRICT JUDGE