IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL ASSOCIATION OF | ) | |
| MACHINISTS AND AEROSPACE | ) | |
| WORKERS, LOCAL LODGE 1632, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-556-MEF |
| | ) | |
| PEMCO WORLD AIR SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# FINAL  JUDGMENT

Pursuant to the Joint Stipulation of Dismissal (Doc. #9) filed by the parties on January 5, 2006, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety WITHOUT PREJUDICE, each party to bear their own costs and expenses.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 27th day of October, 2006.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE